**STATE of Missouri, Respondent,**

v.

**Charles Lee HIRSCH, Appellant.**

**No. 47244.**

Missouri Court of Appeals,
Eastern District,
Division Three.

April 10, 1984.

Robert Jackson Maurer, P.D., Clayton, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM:

Defendant, Charles Lee Hirsch, appeals from his conviction, after a jury trial, of attempted robbery in the first degree. He was sentenced to imprisonment for seven years. No jurisprudential purpose would be served by a written opinion. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).